S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #05203**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorneys for United States of America

 

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00107-02-BR |
| v. | |
| LATANISHA "TAY" BOOKER, | GOVERNMENT'S MOTION FOR A REVISED PROTECTIVE ORDER |
| Defendant. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, through Assistant United States Attorney (AUSA) Leah K. Bolstad, moves for a revised and more specific protective order as to defendant Booker.  The Court previously granted the government's unopposed motion for a protective order as to defendant Booker.  (CR 22).  On April 18 , 2012, the Court authorized a more specific and narrowly-tailored protective order as to co-defendant Wilmer.  (CR 42).  The government believes that the more narrowly-tailored protective order entered as to co-defendant Wilmer adequately protects the victims and

their privacy, and hereby requests that the Court adopt the same protective order language as to defendant Booker.

The government has consulted with Amy Baggio, the attorney of record for defendant Booker, about this motion. Ms. Baggio has no objection to the Court entering a more specific protective order, consistent with the protective order applicable to co-defendant Wilmer.

Dated this 23rd day of April 2012.

> Respectfully submitted,
>
> S. AMANDA MARSHALL
> United States Attorney
>
> *s/ Leah K. Bolstad*
> LEAH K. BOLSTAD, OSB #05203
> Assistant United States Attorney
> (503) 727-1000